| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:15CR40007-001 |
| | | DOCKET NUMBER *(Rec. Court)*<br>19-cr-00305-DDD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>SOUTH DAKOTA | DIVISION<br>SOUTHERN |
|---|---|---|
| Adam M. Wells | NAME OF SENTENCING JUDGE<br>Karen E. Schreier, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/01/2015    TO<br>06/30/2020 |

OFFENSE
FAILURE TO PAY CHILD SUPPORT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_June 15, 2019_                          _/s/ Karen E. Schreier_
Date                                                  Karen E. Schreier, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 1, 2019_                           _/s/_
Effective Date                                  United States District Judge