# UNITED STATES DISTRICT COURT
## District of South Dakota
## Southern Division

United States of America,

                          Plaintiff

vs.                          **ORDER MODIFYING CONDITIONS OF PROBATION**

CR #: 4:15CR40007-1

Adam M. Wells,          Defendant

Pursuant to the Request to Modify Conditions of probation filed herein on 06/21/2019, and defendant having been duly advised of the proposed modification and having waived his rights pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure in writing; it is hereby

**ORDERED** that all previously ordered conditions of probation will remain in effect together with the following additional special conditions(s):

9. The defendant must reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence as directed by the probation officer, and must observe the rules of that facility. The defendant may be discharged earlier than 6 months by the Probation Office if he is in compliance with probation, if he is released for inpatient treatment, and/or when a suitable release plan has been approved by the probation officer.

Dated this 21st day of June, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*

Karen E Schreier
District Judge