# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00305-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM M. WELLS,

        Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF PROBATION

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of probation.

HAVING considered the probation officer's petition, the Court

\_\_\_\_  ORDERS the issuance of an arrest warrant.

\_\_\_\_  ORDERS the issuance of a summons.

\_\_\_\_  DENIES the request.

DATED at Denver, Colorado, this \_\_\_\_ day of November, 2019.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge