IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00305-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM M. WELLS,

        Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF PROBATION

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of probation.

HAVING considered the probation officer's petition, the Court

\_\_\_\_ ORDERS the issuance of an arrest warrant.

__X__ ORDERS the issuance of a summons.

\_\_\_\_ DENIES the request.

DATED at Denver, Colorado, this 5th day of November, 2019.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge