AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ADAM M. WELLS<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 1:19CR00305-1<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
☑ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of Court

| Place: | United States District Court<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A501 |
|---|---|---|
| | | Date and Time: November 19, 2019 at 10:00 a.m. |

This offense is briefly described as follows:

1-4. Possession and Use of a Controlled Substance;
5. Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC)
6. Failure to Notify Probation Officer of Change in Residence;
7. Failure to Pay Restitution in Accordance with the Schedule of Payments Section of the Judgment;
8. Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the Probation Officer;
9. Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer;
10. Failure to Take Prescribed Medications as Deemed Necessary by the Treatment Provider

Date: November 5, 2019

s/P. Glover, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons ❏ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*