IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  ADAM M. WELLS,

Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 20th day of November, 2019.

JASON R. DUNN
United States Attorney

s/Martha Paluch
MARTHA PALUCH
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0401
Email: martha.paluch@usdoj.gov