**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00305-1

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

ADAM M. WELLS,

  Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF PROBATION**

---

  THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

  HAVING considered the probation officer's petition, the Court

____ ORDERS the issuance of an arrest warrant.

____ ORDERS the issuance of a summons.

____ DENIES the request.

  DATED at Denver, Colorado, this _____ day of December, 2019.

        BY THE COURT:

        _____
        Judge Daniel D. Domenico
        United States District Judge