IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00305-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM M. WELLS,

    Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF PROBATION

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__    ORDERS the issuance of an arrest warrant.

____    ORDERS the issuance of a summons.

____    DENIES the request.

DATED at Denver, Colorado, this __30th__ day of December, 2019.

BY THE COURT:

_____
Judge Daniel D. Domenico
United States District Judge