AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America<br>v.<br>ADAM M. WELLS<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:19CR00305-1 |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADAM M. WELLS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☑ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1-4) Possession and Use of a Controlled Substance; 5) Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC); 6 & 12) Failure to Notify Probation Officer of Change in Residence; 7) Failure to Pay Restitution in Accordance with the Schedule of Payments Section of the Judgment; 8) Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the Probation Officer; 9) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer; 10) Failure to Take Prescribed Medications as Deemed Necessary by the Treatment Provider; 11) Violation of Law; and 13) Failure to Notify Probation Officer of Change in Employment.

Date: December 30, 2019

s/P. Glover, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:          Weight:

Sex:             Race:

Hair:            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: