AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JAN 17 PM 3:04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19CR00305-1 |
| ADAM M. WELLS | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADAM M. WELLS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☑ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1-4) Possession and Use of a Controlled Substance; 5) Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC); 6 & 12) Failure to Notify Probation Officer of Change in Residence; 7) Failure to Pay Restitution in Accordance with the Schedule of Payments Section of the Judgment; 8) Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the Probation Officer; 9) Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer; 10) Failure to Take Prescribed Medications as Deemed Necessary by the Treatment Provider; 11) Violation of Law; and 13) Failure to Notify Probation Officer of Change in Employment.

Date: December 30, 2019

s/P. Glover, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/30/2019, and the person was arrested on *(date)* 1/17/2020
at *(city and state)* _____

Date: 1/17/2020

*Arresting officer's signature*

P. Bliss DEO - USMS
*Printed name and title*