AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

## UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Adams M. Wells | ) Case No. 19CR305 - DDD |
| _Defendant_ | ) |

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/23/20

X _____
_Defendant's signature_

_____
_Signature of defendant's attorney_

IL 6278155
_Printed name and bar number of defendant's attorney_

633 19th St. - 10th Fl.
_Address of defendant's attorney_

timothy_ohara@fd.org
_E-mail address of defendant's attorney_

(303) 294-7002
_Telephone number of defendant's attorney_

(303) 294-1192
_FAX number of defendant's attorney_