IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ADAM M. WELLS,**

    **Defendant.**

_____

**UNOPPOSED MOTION TO RESTRICT ACCESS**
_____

MR. ADAM M. WELLS, Defendant, by and through undersigned counsel, Timothy P. O'Hara, respectfully requests Document Nos. 30 and 31 be restricted at Level 2.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy_OHara@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch
    Assistant U.S. Attorney
    Email: Martha_Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Adam Wells    (U.S. Mail)

    s/Timothy P. O'Hara_____
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Timothy_OHara@fd.org
    Attorney for Defendant