**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM M. WELLS,

        Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT**

---

        The United States of America, by and through Martha A. Paluch, Assistant

United States Attorney, hereby responds to the defendant's Sentencing Statement, filed

March 9, 2020, ECF 31.

        The probation officer, defense counsel, and undersigned counsel have discussed

this case at length.   After considering the defendant's history and characteristics, his

conduct while on supervision, and the nature of the violations, the parties agreed upon a

proposed resolution of this matter for the Court's consideration.

        The defendant states that at the March 13, 2020 sentencing hearing, he intends

to admit Violations 1, 3, 4, 6, 7, 9 and 12-15 from the Second Superseding Petition Due

to Violations of Supervision, ECF 22.   The parties and the probation officer discussed

the defendant's willingness to admit these violations, and the government agreed, with

concurrence from the probation office, to dismiss the remaining violations.   Accordingly,

at the sentencing hearing, the government will request that the Court dismiss Violations

1

2, 5, 8, 10 and 11.

Defendant correctly states that the parties agree upon the requested sentence of 4 months in prison with no further supervision.   This proposed sentence was also discussed with the probation officer, and she is in agreement with this term of imprisonment as well.   ECF 33, 34.

Therefore, at the March 13, 2020 sentencing hearing, the government and the defendant will jointly request that the Court accept the defendant's admissions to the listed violations, dismiss the remaining violations, and sentence the defendant to a term of four months in prison followed by no further period of supervision.


Respectfully submitted this 11th day of March, 2020.

JASON R. DUNN
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of March, 2020, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of

such filing to all counsel of record in this case.

s/ *Martha A. Paluch*_____
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
