# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | March 13, 2020 |
| Court Reporter: | Tracy Weir | | |
| Probation Officer: | Tina Parde | | |
| Interpreter: | N/A | | |

Criminal Action No. 19-cr-00305-DDD

*Parties*:                                                          *Counsel Appearing*:

UNITED STATES OF AMERICA,                       Martha Paluch

       Plaintiff,

v.

ADAM M. WELLS,                                              Timothy O'Hara

       Defendant.

## COURTROOM MINUTES

**Probation Violation Hearing**

**10:05 a.m.     Court in session**.

Defendant present in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.

**ORDER:**     The Government's oral motion to dismiss violations 2, 5, 8, 10 and 11 is **GRANTED.**

The Court explains defendant's right to a contested hearing and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant sworn.

The Court reviews  reviews the remaining charged violations 1, 3, 4, 6, 7, 9 12-15 with the defendant.

Defendant admits the remaining alleged violations.

Parties received and reviewed the probatiton violation report and all addenda.

Sentencing Minutes
Judge Daniel D. Domenico
Page 2

Allocution. - Statements made by:  The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Probation **is REVOKED**.  Defendant is sentenced to a term of imprisonment of four (4) months, with no period of supervised release to follow.  The defendant will pay the balance of the outstanding restitution.

The Court makes the recommendations requested as set forth on the record.

Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:30 a.m.**     **Court in recess.**

**Total Time:**   25 minutes.
**Hearing concluded.**